Commonwealth ex rel. Rothrock, Appellant, *v.* Rothrock.

Argued December 14, 1964. Before ERVIN, WRIGHT, WOODSIDE, WATKINS, MONTGOMERY, and FLOOD, JJ. (RHODES, P. J., absent).

*Ward F. Clark*, with him *Lindsay & Clark*, for appellant.

*John A. Eichman, 3rd*, with him *Clark, Spahr, Eichman & Yardley*, for appellee.

OPINION PER CURIAM, January 15, 1965:
The order of the Court of Quarter Sessions of Bucks County is affirmed on the opinion of President Judge FRED W. DAVIS, specially presiding, for the court below, reported at 34 Pa. D. & C. 2d 621.